JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR A. AVALOS, JR. and LOYMAN ACOSTA AVALOS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant.<br>_____ | Case No.: CV 11-352 DSF (DTBx)<br><br>JUDGMENT |

The Court having ordered that the case be dismissed by consent of Plaintiffs as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the action be dismissed without prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/14/11

_____
Dale S. Fischer
United States District Judge